# STRONG v. GASSERT.

ERROR TO THE SUPREME COURT OF THE STATE OF MONTANA.

No. 401. Motion to dismiss or affirm submitted November 1, 1909.— Decided November 8, 1909.

A writ of error to the highest court of a State dismissed for want of jurisdiction on the authority of previous decisions.

Writ of error to review 38 Montana, 18, dismissed.

*Mr. M. S. Gunn* for plaintiff in error.

*Mr. W. C. Keegin* for defendant in error.

*Per Curiam.* Writ of error dismissed for want of jurisdiction. *McCorquodale* v. *Texas*, 211 U. S. 432; *Corkran Oil & Development Co.* v. *Arnaudet*, 199 U. S. 182; *Arkansas Southern Railroad Co.* v. *German National Bank*, 207 U. S. 270.